UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDGAR BRANDON,**                                                                                              **PLAINTIFF**
**ADC# 611280**

V.                           CASE NO. 5:18-CV-131-BSM-BD

**JEFFERSON COUNTY,** *et al*.                                                                      **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Brandon may file written objections to this Recommendation. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Brandon may waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Edgar Brandon, an inmate at the W.C. "Dub" Brassell Adult Detention Center, filed the complaint in this lawsuit on May 21, 2018, without the help of lawyer. (Docket entry #1) He did not submit a filing fee; nor did he file a motion to proceed *in forma pauperis* ("IFP") so as to qualify to pay the filing fee in monthly installments. As explained in the Court's May 30, 2018 Order, prisoners who file lawsuits such as this must address the filing fee requirement. (#3) The Court ordered Mr. Brandon to file an application to proceed IFP or pay the filing fee within 30 days of May 30. (#3) To date,

Mr. Brandon has not complied with that order, and the time allowed for addressing the filing fee requirement has expired. The Court specifically cautioned Mr. Brandon that his claims could be dismissed if he failed to comply with the May 30 Order.

### III.  Conclusion:

The Court recommends that Mr. Brandon's claims be DISMISSED, without prejudice based on his failure to comply with the Court's May 30, 2018 Order.

IT IS SO ORDERED, this 25th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE