IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDGAR BRANDON
ADC #611280                                                                                  PLAINTIFF

v.                       CASE NO. 5:18-CV-00131 BSM

JEFFERSON COUNTY, et al.                                                         DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 4] has been received. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, plaintiff Edgar Brandon's complaint [Doc. No. 2] is dismissed without prejudice for failure to comply with the May 30, 2018, order.

IT IS SO ORDERED this 10th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE